UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHEILA H. GILL                              *
8200 Oliver Street                          *
New Carrollton, MD  20784                   *
                                            *  Civil Action No.:
       Plaintiff                            *
                                            *
                                            *
v.                                          *
                                            *
Mayor of the District of Columbia           *
Serve:                                      *
Office of the Attorney General for the      *
District of Columbia                        *
441 4ᵗʰ Street, NW, 6ᵗʰ Floor               *
Washington, DC  20001

and

District of Columbia
Serve:
Office of the Attorney General for the
District of Columbia
441 4ᵗʰ Street, NW, 6ᵗʰ Floor
Washington, DC  20001

and

Clifford B. Janey, Superintendent
D. C. Public Schools
Serve:
Office of the Attorney General for the
District of Columbia
441 4ᵗʰ Street, NW, 6ᵗʰ Floor
Washington, DC  20001

       Defendants.                          *

CASE NUMBER    1:07CV00064

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 01/12/2007

***************************************************************************

COMPLAINT

1.  This action seeks redress for violation of rights guaranteed under the Age

    Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. Sections 621

    et. Seq. (the "ADEA") and 42 U.S.C.A. Section 2000e ("Title VII").  Jurisdiction is

    conveyed to this court pursuant to the ADEA and Title VII.  Plaintiff has exhausted

her administrative remedies before the Equal Employment Opportunity Commission under the ADEA prior to the commencement of this action.

2.  Plaintiff is an American citizen, aged fifty-four years old, seeking equitable and financial relief under ADEA, including back pay, together with all other relief to which she may be entitled.

3.  Defendant Mayor of the District of Columbia is an elected official doing business under the laws of the District of Columbia. At all relevant times, Defendant Mayor of the District of Columbia operated his business under the laws of the District of Columbia.

4.  Defendant District of Columbia is a political entity doing business under the name and laws of the District of Columbia. At all relevant times, Defendant District of Columbia operated and did business under the laws of the District of Columbia.

5.  Defendant Clifford B. Janey is the Superintendent of Schools for the District of Columbia, an appointed official of the District of Columbia, doing business under the laws of the District of Columbia. At all relevant times, Defendant Clifford B. Janey operated and did business under the laws of the District of Columbia.

6.  Plaintiff was hired by Defendants as a classroom teacher in September 1979 and as a school counselor in September 1998. Plaintiff worked continuously for Defendants as a school counselor until June 2004, when she had a break in service. Plaintiff was reinstated as a school counselor in the D. C. Public Schools in January 2005. Plaintiff performed her duties as a classroom teacher and as a school counselor in an exemplary manner earning "exceeding expectation" evaluations and professional awards. No disciplinary action was ever taken against Plaintiff, nor were any complaints ever leveled against her with regard to the manner in which she performed her duties.

7.  In September 2003, Plaintiff was a school counselor at Thurgood Marshall Extended Elementary School (now Thurgood Marshall Educational Center), a D. C. Public School.

8.  Eileen Susan Wilson ("Ms. Wilson") was at all times the Principal of Thurgood Marshall Extended Elementary School from September 2001 to June 2005 and an agent for the Defendants.

9.  In September 2003, Ms. Wilson moved Plaintiff from her counseling office at the school and placed Jerome DeMarchi, the math resource teacher, who left the Montgomery County School Public Schools after being cited for willful neglect of duty and/or misconduct in office, in her office.

10.  Plaintiff was moved into a common area that was not conducive to Plaintiff's assigned duties of counseling students.

11.  Ms. Wilson, on several occasions, reminded Plaintiff of Plaintiff's gray hair and recommended that Plaintiff use Ms. Wilson's hair stylist. Plaintiff did nothing to warrant such a comment.

12.  Ms. Wilson also referred to the Assistant Principal, Joan V. Saunders, as Grandma because of her age and ideas.

13.  Ms. Wilson was always seen with the younger teachers or male teachers.

14.  She also created a business manager position for Ian Smith after Plaintiff was terminated from her position. Ian Smith was under 40 years old.

15.  The two male social workers that were brought to the school and were allowed to keep their jobs were both under 40 years old.

16.  Brian Crumb was hired, after Plaintiff was terminated, as an administrative officer to Ms. Wilson in September 2004. Mr. Crumb was under the age of 40.

17.  On June 30, 2004, Plaintiff was terminated from her position as school counselor at

Thurgood Marshall Extended Elementary School. Plaintiff was reinstated as a school counselor on January 14, 2005 without back pay or loss benefits.

18. Experienced counselors in other schools either had their positions terminated or were forced to retire while younger, less experienced counselors, remained in their positions.

19. Defendants claim that the firing was because of budget shortfalls. However, grant money was allocated to D. C. Public Schools for the school counselors' program so that one counselor would be in each school. The grant money was outside of the general fund.

20. There was no valid reason for the terminating of Plaintiff other than because of Plaintiff's age.

21. At the time of Plaintiff's dismissal, Plaintiff was earning $75,000.00 per year.

22. As a result of her wrongful discharge from employment, Plaintiff has suffered great harm, including the loss of income as well as the loss of the union benefits of medical, dental and life insurance. Plaintiff also loss annual leave and retirement benefits.

23. Defendants actions constitute an unlawful discharge based on Plaintiff's age, in violation of the provisions of the ADEA and Title VII.

Wherefore, Plaintiff requests that the Court grant the following relief:

1. Declare the conduct of the Defendants to be in violation of federal law, specifically the provisions of the ADEA and Title VII;

2. Order Defendants to reimburse Plaintiff for loss annual leave, retirement benefits and back pay from June 30, 2004 to January 14, 2005;

3. Award Plaintiff costs and reasonable attorney's fees for the pursuit of this action; and

4. Grant Plaintiff such other and further relief as the court deems just and proper.

Dated:  December 28, 2006

*Sheila H. Gill*

Sheila H. Gill
Plaintiff

*Jacqueline P. Byrd-Tillman*

Jacqueline P. Byrd-Tillman, Esquire
Counsel for Plaintiff
9698 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-2688
Bar No.: 414765

Plaintiff demands a jury trial on the foregoing count.

Signed in Upper Marlboro, Maryland on this 28th day of January
2006

*Jacqueline P. Byrd-Tillman*

Jacqueline P. Byrd-Tillman, Esquire

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sheila H. Gill<br>8200 Oliver Street<br>New Carrollton, MD 20784 | From: | Washington Field Office - 570<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR § 1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10C-2005-00023 | David Gonzalez,<br>State & Local Coordinator | (202) 419-0714 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Dana R Hutter*                              OCT 2 0 2006

| Enclosure(s) | **Dana Hutter,**<br>**Director** | *(Date Mailed)* |
|---|---|---|

**FILED**

cc: D.C. PUBLIC SCHOOLS
825 No. Capitol St., N.E.
Washington, DC 20002

JAN 1 2 2007    07 0064

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.**  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

07-64
EGS

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

SHEILA H. GILL

88888

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Prince George's &
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jacqueline P. Byrd-Tillman, Esquire
9698 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-2688

## DEFENDANTS

MAYOR OF THE DISTRICT OF COLUMBIA, et. al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    District of Columbia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

CASE NUMBER   1:07CV00064

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 01/12/2007

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

● 3 Federal Question
(U.S. Government Not a Party)

○ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZEN
FOR PLAINTIF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

③

| O **G. Habeas Corpus/ 2255** | O **H. Employment Discrimination** | O **I. FOIA/PRIVACY ACT** | O **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O **K. Labor/ERISA (non-employment)** | O **L. Other Civil Rights (non-employment)** | O **M. Contract** | O **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

O 1 Original Proceeding   O 2 Removed from State Court   O 3 Remanded from Appellate Court   O 4 Reinstated or Reopened   O 5 Transferred from another district (specify)   O 6 Multi district Litigation   O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. sections 621 et. Seq. and Title VII- Plaintiff lost job because of her age.

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ _____ JURY DEMAND: | Check YES only if demanded in complaint YES ☒  NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  1/12/2007   SIGNATURE OF ATTORNEY OF RECORD  *Jacqueline P. Byrd-Tillman*
Bar No. 414765

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.