UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA H. GILL,                             )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )   Civil No. 07-0064 (EGS)<br>       v.                                            )<br>                                                        )<br>MAYOR OF THE DISTRICT OF   )<br>COLUMBIA, and                            )<br>DISTRICT OF COLUMBIA and  )<br>SUPERINTENDENT                      )<br>CLIFFORD B. JANEY,                   )<br>                                                        )<br>            Defendants.                     )<br>_____) | |

### DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT

Defendant District of Columbia, by and through undersigned counsel, hereby submits this request for the Court to grant it (and any of the other named defendants) an additional thirty (30) days to file a response to the Complaint.[1]  A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on February 1, 2007, undersigned counsel spoke to Jacqueline Byrd-Tillman, Esq., counsel for the plaintiff, who indicated that she consented to the relief requested herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

---

[1] In filing this Motion, none of the defendants waive service.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHEILA H. GILL,                    )<br>                                               )<br>          Plaintiff,                    )<br>                                               )<br>     v.                                    )<br>                                               )<br>MAYOR OF THE DISTRICT OF   )<br>COLUMBIA, et al,                 )<br>                                               )<br>          Defendants.               )<br>_____) | Civil No. 07-0064 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, hereby submits this request for the Court to grant it (and any of the other defendants) an additional thirty (30) days to file a response to the Complaint. In support of the relief requested herein, the District states as follows:

On January 12, 2007, the plaintiff filed an employment discrimination Complaint and named the Mayor, Superintendent Janey and the District as defendants. Undersigned counsel was recently assigned to this case. The District expects that it may file a dispositive motion, but undersigned counsel first needs an opportunity to obtain documentation relevant to the plaintiff's allegations and/or speak to any witnesses. Additionally, it is not clear from the record whether any of the defendants were properly served.

Accordingly, the District respectfully requests an additional thirty days to file a response to the Complaint so that the Office of the Attorney General can obtain relevant documentation

3

and to speak to any witnesses in order to prepare and file, if necessary, a dispositive motion that addresses service and/or other substantive issues. The District submits that this request is reasonable. Moreover, the plaintiff will not be prejudiced by this brief delay.

WHEREFORE, the District respectfully requests the relief sought herein.

>Respectfully submitted,
>
>LINDA SINGER
>Acting Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>_____/s/_____
>PHILLIP A. LATTIMORE, III [422968]
>Section Chief
>General Litigation Section III
>
>
>_____/s/_____
>DANA K. DELORENZO [468306]
>Assistant Attorney General
>Sixth Floor South
>441 4th Street, N.W.
>Washington, D.C. 20001
>(202) 724-6515
>(202) 727-3625 (fax)
>E-Mail: dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHEILA H. GILL,** )<br> )<br>     **Plaintiff,** )<br> )<br>         v. )<br> )<br>**MAYOR OF THE DISTRICT OF** )<br>**COLUMBIA, et al,** )<br> )<br>     **Defendants.** )<br>_____) | Civil No. 07-0064 (EGS) |

**ORDER GRANTING DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSE TO THE COMPLAINT**

Upon consideration of the Defendant's Consent Motion for An Additional Thirty (30) Days to File A Response to the Complaint, and the facts and law considered, it is this ____ day of _____, 2007,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the District shall respond to the Complaint on or before _____, 2007.

_____
The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia

5