UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA GILL | * |
|     Plaintiff | * |
| | * Civil No.: 07-0064 (EGS) |
| v | * |
| | * |
| MAYOR OF THE DISTRICT OF | * |
| COLUMBIA, *et. al.* | * |
|     Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AMENDED OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS COMPLAINT

COMES NOW the Plaintiff, Sheila Gill, by and through counsel, Jacqueline P. Byrd-Tillman, Esquire and states the following in Opposition:

1. This Complaint was filed on January 12, 2007.

2. Plaintiff served the Office of the Attorney General for the District of Columbia for all three Defendants which is evidenced by the attached affidavit of service and the return receipts.

3. Plaintiff concedes that age is not a protective class under Title VII.

4. The attached Points and Authorities further expound on Plaintiff's position as to the Defendant's Motion to Dismiss.

    Wherefore the Plaintiff prays this Honorable Court to:

1. Deny the Defendant's Motion to Dismiss; and

2. Grant such other and further relief as this cause may require.

                                      Respectfully submitted,
                                      Law Office of
                                      Jacqueline P. Byrd-Tillman, P.C.

By: _____/s/_____
Jacqueline P. Byrd-Tillman, Esquire
Counsel for Plaintiff
9698 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-2688
Bar No.: 414765

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA GILL | * |
|     Plaintiff | * |
| | * Civil No.: 07-0064 (EGS) |
| v | * |
| | * |
| MAYOR OF THE DISTRICT OF | * |
| COLUMBIA, *et. al.* | * |
|     Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## POINTS AND AUTHORITIES

COMES NOW the Plaintiff, Sheila Gill, by and through counsel, Jacqueline P. Byrd-Tillman, Esquire and sets for the following Points and Authorities:

### BACKGROUND

This Complaint was filed on January 12, 2007 after exhausting all of the administrative remedies before the Equal Employment Opportunity Commission under the ADEA. Plaintiff is an American citizen, aged fifty-four years old, seeking equitable and financial relief under ADEA, including back pay, together with all other relief to which she may be entitled.

Plaintiff was hired by Defendants as a classroom teacher in September 1979 and as a counselor in September 1998. Plaintiff had a break in service in June 2004 when she was discriminated against because of her age and no other reasonable factors. Plaintiff performed her duties as a classroom teacher and as a school counselor in an exemplary manner earning "exceeding expectation" evaluations and professional awards. No disciplinary action was ever taken against Plaintiff, nor were any complaints ever leveled against her with regard to the manner in which she performed her duties.

-2-

In September 2003 while a school counselor at Thurgood Marshall Extended Elementary School (now Thurgood Marshall Educational Center), a DC Public School she was harrassed by Ms. Wilson, the Principal at that time. Ms. Wilson often made comments about Plaintiff's gray hair and stated that Plaintiff should use her hair stylist. Ms. Wilson subsequently moved Plaintiff's office into a common area that was not conducive to the confidentiality required by a school counselor and placed a younger employee in that office. Ms. Wilson was always seen with the younger teachers or male teachers. After Ms. Wilson harassed Plaintiff as much as she could, she then fired Plaintiff for no apparent reason other than her age. Ms. Wilson also referred to Assistant Principal, Joan V. Saunders, as Grandma because of her age and ideas. Ms. Saunders was forced to retire by Ms. Wilson.

In addition, Ms. Wilson created a business manager position for Ian Smith, who was under 40, after Plaintiff was terminated from her position. Two male social workers, who were brought to the school, were allowed to keep their jobs. Both were under 40 years of age. Brian Crumb was hired, after Plaintiff was terminated, as an administrative officer to Ms. Wilson. Mr. Crumb was under the age of 40.

Plaintiff was reinstated to another counselor's position only after she filed a complaint with the District of Columbia Office of Human Rights. She was not rehired by Ms. Wilson. As a matter of fact, Ms. Wilson continued to harass Plaintiff by secreting some of Plaintiff's personal belongings and having the Plaintiff escorted out of the school by the police after Plaintiff was invited to come pick-up her belongings. Plaintiff was told that she had no more property at the school to only find out later that Ms. Wilson had hid

-3-

her property from her. Plaintiff's property was found by another employee. It was obvious that Ms. Wilson did not like older people and she did everything that she could to exhibit that behavior.

Even though Plaintiff was reinstated, she was not given back pay nor was her loss retirement funds restored. Plaintiff was discriminated against because of her age by Ms. Wilson, an agent of the Defendants.

ARGUMENT

The Age Discrimination in Employment Act and Section 2-1402.11 of the <u>District of Columbia Code</u> clearly prohibits any unlawful discriminatory acts. It states:

"It shall be an unlawful discriminatory practice to do any of the following acts, wholly or partially for a discriminatory reason based upon the race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, family responsibilities, disability, matriculation, or political affiliation of any individual."

Once an allegation of discrimination is set forth, the employer has the burden of establishing that the differentiations are based on reasonable factors other than age. The Complaint in this matter clearly sets forth the factors of discrimination and shall be proven at trial.

SERVICE ON THE DEFENDANTS

Plaintiff still has time to serve the Mayor of the District of Columbia and the District of Columbia and shall do so in the very near future.

Wherefore, the Plaintiff prays this Honorable Court to:

1. Deny the government's Motion to Dismiss;

2. Grant such other and further relief as this cause may require.

-4-

        Respectfully submitted,
        Law Office of
        Jacqueline P. Byrd-Tillman, P.C.

By:   _____/s/_____
       Jacqueline P. Byrd-Tillman, Esquire
       Counsel for Plaintiff
       9698 Marlboro Pike
       Upper Marlboro, MD 20772
       (301) 599-2688
       Bar No.: 414765

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA GILL | * |
|     Plaintiff | * |
| | * Civil No.: 07-0064 (EGS) |
| v | * |
| | * |
| MAYOR OF THE DISTRICT OF | * |
| COLUMBIA, *et. al.* | * |
|     Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

**UPON CONSIDERATION** of Plaintiff's Opposition to Defendants Motion to Dismiss the Complaint, it is on this _____ day of _____ 2007,

**ORDERED**, that Defendant's Motion to Dismiss be, and is hereby, **DENIED**.

_____
JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA GILL | * |
|     Plaintiff | * |
| | * Civil No.: 07-0064 (EGS) |
| v | * |
| | * |
| MAYOR OF THE DISTRICT OF | * |
| COLUMBIA, *et. al.* | * |
|     Defendant. | * |

**************************************************************************

AFFIDAVIT OF SERVICE

I, Jacqueline P. Byrd-Tillman, Esquire, am over the age of 18 and not a party to this suit. I mailed the Complaint for Age Discrimination, Summons and related papers via certified mail return receipt to the Mayor of the District of Columbia , the District of Columbia and Clifford B. Janey, Superintendent, DC Public Schools by certified mail to the Office of the Attorney General for the District of Columbia, on January 12, 2007.

All of the Defendants received the Complaint, Summons and related papers on the 16th day of January 2007.

I **solemnly affirm under the penalties of perjury that the foregoing document is true to the best of my knowledge, information and belief.**

                                                                             _____/s/_____
                                                                              Jacqueline P. Byrd-Tillman, Equire

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clifford B. Janey, Supt.
   DC Public Schools
   Serve: OAG for DC
   441 4th Street, NW, 6th Fl.
   Washington, DC  20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): DC Govt   B. Date of Delivery: 1-16-2007

C. Signature: X M. Smith   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0005 5396 6390

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

---

**[Second card - reverse side shown sideways]**

1. Article Addressed to:

   District of Columbia
   Serve: OAG for D.C.
   441 4th St., NW, 6th Fl.
   Washington, DC 20001

2. Article Number: 7001 1940 0005 5396 6383

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mayor for the District of
   Columbia -
   Serve: OAG
   441 4th St., NW, 6th Fl
   Washington, DC  20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): DC Govt   B. Date of Delivery: 1-16-2007

C. Signature: X M. Smith   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0005 5396 3580

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424