UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Sheila Gill,** )<br>)<br>**Plaintiff,** )<br>) <br>**v.** )<br>)<br>**Mayor of the District Of Columbia, et al.,** )<br>)<br>**Defendants.** )<br>_____) | Civil No. 07-0064 (EGS) |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

The Court will please note: Please substitute the appearance of Assistant Attorney General Dana K. DeLorenzo on behalf of Defendants District of Columbia, Mayor of the District of Columbia, and Superintendent Clifford Janey with Section Chief Phillip A. Lattimore, III, who now enters his appearance in this case on behalf of Defendants District of Columbia, Mayor of the District of Columbia, and Superintendent Clifford Janey.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        _____/s/_____
                                        PHILLIP A. LATTIMORE, III [422968]
                                        Section Chief
                                        General Litigation Section III
                                        Sixth Floor South
                                        441 4th Street, N.W.
                                        Washington, D.C. 20001
                                        (202) 442-9874
                                        (202) 727-3625 (fax)

E-Mail: Phillip.lattimore@dc.gov

_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 727-7164
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

2