UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
SHEILA H. GILL,                )
                               )
            Plaintiff,         )
                               )
      v.                       )  Civil Action No. 07-64 (EGS)
                               )
MAYOR OF THE DISTRICT          )
OF COLUMBIA, et al.,           )
                               )
            Defendants.        )
_____)
```

### ORDER

In accordance with the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that defendants' Motion to Dismiss Complaint is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that the Court **DISMISSES WITH PREJUDICE** all Title VII claims; and it is

**FURTHER ORDERED** that the Court **DISMISSES WITH PREJUDICE** from this lawsuit the Mayor of the District of Columbia and the Superintendent of D.C. Schools; and it is

**FURTHER ORDERED** that the Court **DENIES** defendants' motion to dismiss with respect to the ADEA claims related to office space and termination; and it is

**FURTHER ORDERED** that the Court **DENIES** defendants' motion to dismiss plaintiff's complaint based on improper service; and it is

**FURTHER ORDERED** that plaintiff shall properly effect service on the District of Columbia by no later than **June 25, 2007.**

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**May 25, 2007**