**Receipt 1 (Clifford B. Janey):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clifford B. Janey, Supt.
   DC Public Schools
   Serve: OAG for DC
   441 4th Street, NW, 6th Fl.
   Washington, DC  20001

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): DC Govt
B. Date of Delivery: 1-16-2007
C. Signature: X M. Smith  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0005 5396 6390

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

---

**Receipt 2 (District of Columbia):**

1. Article Addressed to:

   District of Columbia
   Serve: OAG for D.C.
   441 4th St., NW, 6th Fl.
   Washington, DC 20001

2. Article Number: 7001 1940 0005 5396 6383

A. Received by: DC Govt
B. Date of Delivery: 1-16-2007
C. Signature: X M. Smith
3. Service Type: ☒ Certified Mail

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

---

**Receipt 3 (Mayor for the District of Columbia):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mayor for the District of
   Columbia –
   Serve: OAG
   441 4th St., NW, 6th Fl
   Washington, DC  20001

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): DC Govt
B. Date of Delivery: 1-16-2007
C. Signature: X M. Smith  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7001 1940 0005 5396 3580

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424