AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/21/2007 |
| NAME OF SERVER *(PRINT)* Jacqueline P. Byrd-Tillman | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: served on Tabatha Braxton, Staff Assistant, Office of the Secretary to the Mayor for the District of Columbia, John A. Wilson Bldg., 1350 PA Ave., NW, Washington, DC 2004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/22/2007
                Date                    Signature of Server

9698 Marlboro Pike, Upper Marlboro, MD 20772
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.