UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


SHEILA GILL                              *
        Plaintiff                        * Civil No.: 1:07CV00064
                                         * Judge: Emmet G. Sullivan
v                                        *
                                         *
MAYOR OF THE DISTRICT OF                 *
COLUMBIA, *et. al.*                      *
        Defendant.                       *
*********************************************************************

LINE

Madam Clerk,

        Attached you will find an Affidavit of Service on  the District of Columbia.  I

personally served Tabatha Braxton, Staff Assistant, Office of the Secretary to the Mayor

of the District of Columbia on the 21st day of June 2007.


                              Respectfully submitted,


                              _____s_____
                              Jacqueline P. Byrd-Tillman, Esquire
                              Counsel for Plaintiff
                              9698 Marlboro Pike
                              Upper Marlboro, MD 20772
                              (301) 599-2688
                              Bar No.: 414765

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>6/21/2007 |
| NAME OF SERVER *(PRINT)*<br>Jacqueline P. Byrd-Tillman | TITLE<br>Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: served on Tabatha Braxton, Staff Assistant, Office of the Secretary to the Mayor for the District of Columbia, John A. Wilson Bldg., 1350 PA Ave., NW, Washington, DC  2004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL<br>0 | | SERVICES<br>0 | | TOTAL<br>0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/22/2007          *Jacqueline P. Byrd-Tillman*
                      Date                      *Signature of Server*

9698 Marlboro Pike, Upper Marlboro, MD 20772
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.