UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA H. GILL,           )<br>                                  )<br>   Plaintiff,                  )<br>                                  )<br>       v.                        )<br>                                  )<br>DISTRICT OF COLUMBIA, )<br>                                  )<br>   Defendant.               )<br>_____) | Civil Action No. 07-0064 (EGS) |

**DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO ANSWER THE COMPLAINT**

Defendant District of Columbia moves this Court, pursuant to Fed. R. Civ. P. 6, to extend the time in which to respond to Plaintiff's complaint by forty (40) days. In support of this motion, the District refers this Court to its Memorandum of Points and Authorities, which is attached hereto.

Counsel for Plaintiff would only agree to enlarging the District's time to answer the complaint to 20 days.

Dated: July 10, 2007

                                              Respectfully submitted,

                                              LINDA SINGER
                                              Attorney General

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                              _____/s/_____
                                              PHILLIP A. LATTIMORE, III [422968]
                                              Chief, General Litigation Sec. III
                                              441 Fourth Street, N.W., Sixth Floor South
                                              Washington, D.C. 20001
                                               (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHEILA H. GILL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 07-0064 (EGS) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
TO ENLARGE THE TIME TO RESPOND TO COMPLAINT.**

The District of Columbia submits this memorandum of points and authorities in support of its motion for enlargement.

1. The Complaint in this case appears to have been served on the Office of the Mayor on or about July 11, 2007.

2. Due to the press of business, reduced legal staff in this section, and the need to obtain information from DCPS that is needed to adequately respond to this federal lawsuit, the District needs an additional 40 days in which to review documents and prepare an adequate response.

3. In addition, no party will be prejudiced by an extension of the time to respond to Plaintiff's complaint.

Accordingly, the District requests that the Court extend the time for it to respond to Plaintiff's complaint up to an including August 20, 2007.

Dated: July 10, 2007

                    Respectfully submitted,

                    LINDA SINGER
                    Attorney General

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    _____/s/_____ _____
                    PHILLIP A. LATTIMORE, III [422968]
                    Chief, General Litigation Sec. III
                    441 Fourth Street, N.W., Sixth Floor South
                    Washington, D.C. 20001
                    (202) 727-6295
                    E-mail: Phillip.Lattimore@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHEILA H. GILL,** )<br>  )<br>  **Plaintiff,** )<br>  )<br>  )<br>  v. )<br>  )<br>  **DISTRICT OF COLUMBIA,** )<br>  )<br>  **Defendant.** )<br>  _____ ) | Civil Action No. 07-0064 (EGS) |

### **ORDER**

Upon consideration of the District of Columbia's Motion to Extend the Time to Respond to Plaintiff's Complaint, the Memorandum of Points and Authorities In Support thereof, and the entire record herein, it is on this _____ day of _____, 2007, that the Court hereby

**ORDERS** that the Motion is **GRANTED**. It is

**FURTHER ORDERED** that the time for the District to respond to Plaintiff's complaint shall be enlarged by forty days, up to and including August 20, 2007.

**SO ORDERED** this_____ day of _____, 2007.

_____
HON. EMMET G. SULLLIVAN
United States District Judge