AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sheila H. Gill

      Plaintiff(s)    )   **APPEARANCE**

vs.

District of Columbia    )   CASE NUMBER  07-CV-64 (EGS)

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Wesley J. Heath** as counsel in this
(Attorney's Name)

case for: **District of Columbia**
(Name of party or parties)

8/9/07
Date

_(signature)_
Signature

488100
BAR IDENTIFICATION

Wesley J. Heath
Print Name

441 4th Street, N.W., 600S
Address

Washington, DC 20004
City   State   Zip Code

(202)-508-8068
Phone Number