UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHEILA H. GILL, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 07-64 (EGS) |
| v. | ) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

### ORDER

Pursuant to the joint report filed according to Local Civil Rule ("LCvR") 16.3 and Federal Rule of Civil Procedure 26, and finding that no initial scheduling conference is necessary, it is hereby

**ORDERED** that initial disclosures pursuant to Rule 26(a)(1) shall be made by **NOVEMBER 5, 2007;** and it is

**FURTHER ORDERED** that fact and expert discovery shall be stayed pending the outcome of the parties' efforts to settle this matter; and it is

**FURTHER ORDERED** that this case is referred to Magistrate Judge Alan Kay for settlement purposes only.  Parties and persons with settlement authority are directed to attend the settlement sessions; and it is

**FURTHER ORDERED** that the parties shall file a joint status report and recommendation for further proceedings by no later

than **JANUARY 31, 2008.**  To the extent discovery will proceed in this case, the status report shall include a proposed discovery schedule.

   **SO ORDERED.**


**Signed:   Emmet G. Sullivan
            United States District Judge
            September 20, 2007**