UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEILA H. GILL | * | |
|     Plaintiff | * | Case Number 1:07CV00064 (EGS) |
| | * | |
| V | * | |
| | * | |
| THE DISTRICT OF COLUMBIA | * | |
|     Defendant. | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

JOINT MOTION FOR EXTENSION OF INITIAL DISCLOSURE PERIOD

COMES NOW the Plaintiff, Sheila H. Gill, by and through counsel, Jacqueline P. Byrd-Tillman, Esquire and pursuant to LcvR 26.2(a), states the following:

1. The initial disclosures in this case are due November 5, 2007.

2. Counsels have conferred and agreed that more time was needed for the initial disclosures.

3. Counsels are requesting an extension until November 19, 2007.

Wherefore the parties pray this Honorable Court to:

1. Grant an extension to November 19, 2007 for the initial disclosures and

2. Grant such other and further relief as this cause may require.

Respectfully submitted,
Law Office of
Jacqueline P. Byrd-Tillman, P.C.

By:     _____/s/_____
Jacqueline P. Byrd-Tillman, Esquire
Counsel for Plaintiff
9698 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-2688
Fax No.: (301) 599-2880
Bar No.: 414765

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHEILA H. GILL                          *
          Plaintiff                     *    Case Number 1:07CV00064 (EGS)
                                        *    Judge Emmet G. Sullivan
V                                       *
                                        *
THE DISTRICT OF COLUMBIA                *
          Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**UPON CONSIDERATION** of the Motion to Extend the Initial Disclosure

Period, it is on this _____day of _____2007,

**ORDERED**, that the Motion to Extend the Initial Disclosure Period be, and is

hereby, **GRANTED**. And it is further

**ORDERED**, that the time period for the submission of the Motion to Extend the

Initial Disclosures shall be extended to November 19, 2007.

                                        _____
                                            Emmet G. Sullivan
                                          United States District Judge


cc:

Jacqueline P. Byrd-Tillman, Esquire
Counsel for Plaintiff

Wesley James Heath, AAG
Counsel for Defendant