UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHEILA H. GILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.:  07-00064 (EMS) |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of this court and all parties of record:

Please take notice that Wesley J. Heath hereby withdraws his appearance as counsel for The

District of Columbia in the above captioned case.  He will be replaced by Martha Mullen who

will be entering an appearance promptly following his withdrawal.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Wesley J. Heath /s/
WESLEY J. HEATH [488100]
Special Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 508-8068
(202) 727-3625 (fax)
Email:  wesley.heath@shearman.com

***Attorneys for Defendant***

Dated:  February 14, 2008