**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHIELA. GILL. )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>   Defendant. )<br>                ) | Civil Action No.: 1:07CV00064(EGS)<br><br>**DEFENDANT DISTRICT OF COLUMBIA'S**<br>**NOTICE OF APPEARANCE** |

TO: Clerk of Court.

TO: All parties.

PLEASE TAKE NOTICE that, on this 28th day of February, 2008, RONALD W. GILL is entering his appearance as counsel for the Defendant, the District of Columbia pursuant to Fed. R. Civ. P. 5(a). It is further requested that the Clerk respectfully withdraw the appearance of prior counsel, PHILLIP A. LATTIMORE, III Esq. Service of pleadings and all correspondence in this matter should be sent to Mr. Gill at his Washington, D.C. office address below.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                */s/ Phillip A. Lattimore, III*
                PHILLIP A. LATTIMORE, III [422968]
                Chief, General Litigation Section III

                */s/ Ronald W. Gill*
                RONALD W. GILL [81456]
                Assistant Attorney General
                441 Fourth Street, N.W., Suite 6N110
                Washington, D.C. 20001
                (202) 741-0760

(202) 727-3625 (fax)
Email:  ronaldw,gill@dc.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Notice of Appearance was sent on this 28th day of February, 2008, by electronic service to the following:

Robert C. Seldon, Esq.
Plaintiff's Counsel
ROBERT SELDON & ASSOCIATES, P.C.
1319 F Street, N.W.
Washington, DC 20004

                                   */s/ Ronald W. Gill*
                                   RONALD W. GILL
                                   Assistant Attorney General