UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEILA H. GILL | * |
|    Plaintiff | * Case No.: 1:07CV00054 (EGS) |
| | * |
| v | * |
| | * |
| THE DISTRICT OF COLUMBIA | * |
|    Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATUS REPORT

COMES NOW the Plaintiff, Sheila H. Gill, by and through counsel, Jacqueline P. Byrd-Tillman, Esquire and states the following:

The Plaintiff and the District of Columbia have reached an oral settlement in this matter. Assistant Attorney General Ronald William Gill is in the process of sending a release to Plaintiff for her signature. Thus, as soon as counsel for Plaintiff receives the release papers, the parties will be submitting a Consent Order settling this matter.

                                                  Respectfully submitted,
                                                  Law Office of
                                                  Jacqueline P. Byrd-Tillman, P.C.

By:      _____/s/_____
                  Jacqueline P. Byrd-Tillman, Esquire
                  Counsel for Plaintiff
                  9698 Marlboro Pike
                  Upper Marlboro, MD 20772
                  (301) 599-2688
                  Bar No.: 414765
                  E-mail: lawoffjbt@aol.com